# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

LESHUN JENKINS
Plaintiff

v.

4:25-cv-00470-P-BJ
Civil Action No.

AMAZON.COM SERVICES LLC
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Amazon.com Services LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Defendant Amazon.com Services LLC states that Amazon.com Sales, Inc. is the only member of Amazon.com Services LLC. Amazon.com Sales, Inc. is a wholly owned subsidiary of parent company Amazon.com, Inc. Amazon.com, Inc. has no parent company, and no other publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

LeShun Jenkins, Pro Se Plaintiff

|  |  |
|---|---|
| Date: | June 30, 2025 |
| Signature: | /s/ Ann Marie Painter |
| Print Name: | Ann Marie Painter, Perkins Coie |
| Bar Number: | 00784715 |
| Address: | 500 N. Akard St., Suite 3300 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214-965-7700 |
| Fax: | 214-965-7765 |
| E-Mail: | ampainter@perkinscoie.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

## CERTIFICATE OF SERVICE

I, Ann Marie Painter, HEREBY CERTIFY that on June 30, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and attorneys of record. I also certify that I served the foregoing on Plaintiff by First Class mail to 5028 Fairfax St. Fort Worth, TX 76116 and via email to Leshun.jenkins@gmail.com.

*/s/ Ann Marie Painter*
Ann Marie Painter